UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AUGUSTYN WIACEK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONDELEZ GLOBAL LLC, MONDELEZ INTERNATIONAL HOLDINGS LLC, MONDELEZ INTERNATIONAL, INC., and BRYAN CAVE LEIGHTON PAISNER LLP,<br><br>Defendants. | Case No. 1:23-cv-04023<br><br>Judge Edmond E. Chang<br><br>Magistrate Judge Sheila M. Finnegan |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT
BRYAN CAVE LEIGHTON PAISNER LLP**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Augustyn Wiacek hereby dismisses all claims and causes of action against Defendant BRYAN CAVE LEIGHTON PAISNER LLP, without prejudice. All other Defendants are not dismissed and remain parties to this Action.

Dated: June 29, 2023

Respectfully submitted,

By: */s/ Raina C. Borrelli*
Raina C. Borrelli
Samuel J. Strauss
Brittany Resch
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
raina@turkestrauss.com
sam@turkestrauss.com
brittanyr@turkestrauss.com

## **CERTIFICATE OF SERVICE**

     I, Raina C. Borrelli, hereby certify that on June 29, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 29th day of June, 2023.

                        TURKE & STRAUSS LLP

                        By: */s/ Raina C. Borrelli*
                              Raina C. Borrelli
                              raina@turkestrauss.com
                              TURKE & STRAUSS LLP
                              613 Williamson St., Suite 201
                              Madison, WI 53703
                              Telephone: (608) 237-1775
                              Facsimile: (608) 509-4423